371 A.2d 871

Green v. Southeastern Pennsylvania Transportation
Authority, et al., Appellants.

Argued September 15, 1976.
Robert J. Spiegel, for appellants; David Kanner, for appellee.

Judgment affirmed.

371 A.2d 872

Hannigan et vir v. S. Klein's Department Store,
Appellant.

Argued March 16, 1976. Edward R. Murphy, with him
Charles W. Craven, for appellant; M. Mark Mendel, with
him Harris T. Bock, for appellees.

Judgment affirmed.

CERCONE, J., absent.